# EXHIBIT 3

| | |
|---|---|
| From: | BAI Claims <claims@bigappleinsurance.nyc> |
| Sent time: | 12/05/2022 02:52:40 PM |
| To: | Nancy Everson <nancy@tuscano.com> |
| Subject: | BAYPORT CONSTRUCTION CORP. - L036009259-3 |
| Attachments: | ACORD 3 LAM.pdf   Supreme Court Notice.pdf |

Hi Nancy,

Please see attached and provide us with claim adjuster information. Thank you

Feel free to contact me if you have any questions or concerns.

**Claims Department**
Big Apple Insurance Brokerage Inc.
143-15 Hillside Ave, Jamaica, NY 11435
Tel: 718-739-7500 | Fax: 718-206-2667 / 516-210-0121
claims@bigappleinsurance.nyc | www.bigappleinsurance.nyc

*We make a difference in the moments that matter.*

---

This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer. Thank you.

Please don't print this e-mail unless you really need to

ACORD 3 LAM.pdf

# ACORD — LIABILITY NOTICE OF OCCURRENCE / CLAIM

**DATE (MM/DD/YYYY):** 12/05/22

| PRODUCER | INSURED LOCATION CODE | DATE OF LOSS AND TIME |
|---|---|---|
| BIG APPLE INSURANCE BROKERAGE INC<br>143-15 HILLSIDE AVE<br>JAMAICA, NY 11435 | | 12/24/20 ☐ AM ☐ PM |
| | CARRIER: Atlantic Casualty Insurance Co | NAIC CODE: 42846 |
| CONTACT NAME: | POLICY NUMBER: L036009259-3 | |
| PHONE (A/C, No, Ext): 718-739-7500 | LINE OF BUSINESS | |
| FAX (A/C, No): 718-206-2667 | | |
| E-MAIL ADDRESS: LUCKY@BIGAPPLEINSURANCE.NYC | | |
| CODE: | SUBCODE: | |
| AGENCY CUSTOMER ID: | | |

## INSURED

| NAME OF INSURED (First, Middle, Last) | INSURED'S MAILING ADDRESS |
|---|---|
| BAYPORT CONSTRUCTION CORP. | |

| DATE OF BIRTH | FEIN (if applicable) | | |
|---|---|---|---|

| PRIMARY PHONE # | SECONDARY PHONE # | PRIMARY E-MAIL ADDRESS: |
|---|---|---|
| 516-697-5446 ☐ HOME ☐ BUS ☐ CELL | 718-439-0400 ☐ HOME ☐ BUS ☐ CELL | SECONDARY E-MAIL ADDRESS: |

## CONTACT — CONTACT INSURED

| NAME OF CONTACT (First, Middle, Last) | CONTACT'S MAILING ADDRESS |
|---|---|
| | |

| PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
|---|---|

| WHEN TO CONTACT | PRIMARY E-MAIL ADDRESS: |
|---|---|
| | SECONDARY E-MAIL ADDRESS: |

## OCCURRENCE

| LOCATION OF OCCURRENCE | POLICE OR FIRE DEPARTMENT CONTACTED |
|---|---|
| STREET: | |
| CITY, STATE, ZIP: | REPORT NUMBER |
| COUNTRY: | |

DESCRIBE LOCATION OF OCCURRENCE IF NOT AT SPECIFIC STREET ADDRESS:

DESCRIPTION OF OCCURRENCE (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

See attached document

## TYPE OF LIABILITY

| PREMISES: INSURED IS | ☐ OWNER ☐ TENANT | TYPE OF PREMISES |
|---|---|---|

OWNER'S NAME & ADDRESS (If not insured)

| PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
|---|---|

PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:

| PRODUCTS: INSURED IS | ☐ MANUFACTURER ☐ VENDOR | TYPE OF PRODUCT |
|---|---|---|

MANUFACTURER'S NAME & ADDRESS (If not insured)

| PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
|---|---|

PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:

WHERE CAN PRODUCT BE SEEN?

ACORD 3 LAM.pdf

| INJURED / PROPERTY DAMAGED | AGENCY CUSTOMER ID: _____ |
|---|---|
| NAME & ADDRESS (Injured/Owner) | EMPLOYER'S NAME & ADDRESS |

| PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # | ☐ HOME ☐ BUS ☐ CELL |

PRIMARY E-MAIL ADDRESS: _____  PRIMARY E-MAIL ADDRESS: _____
SECONDARY E-MAIL ADDRESS: _____  SECONDARY E-MAIL ADDRESS: _____

| AGE | SEX | OCCUPATION | DESCRIBE INJURY |
|---|---|---|---|

| WHERE TAKEN | WHAT WAS INJURED DOING? |
|---|---|

| DESCRIBE PROPERTY (Type, model, etc.) | ESTIMATE AMOUNT | WHERE CAN PROPERTY BE SEEN? |
|---|---|---|

**WITNESSES**

| NAME AND ADDRESS | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
|---|---|---|
| | PRIMARY E-MAIL ADDRESS: | |
| | SECONDARY E-MAIL ADDRESS: | |
| NAME AND ADDRESS | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
| | PRIMARY E-MAIL ADDRESS: | |
| | SECONDARY E-MAIL ADDRESS: | |
| NAME AND ADDRESS | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
| | PRIMARY E-MAIL ADDRESS: | |
| | SECONDARY E-MAIL ADDRESS: | |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| REPORTED BY | REPORTED TO |
|---|---|

ACORD 3 (2019/09)                Page 2 of 4

AGENCY CUSTOMER ID: _____

**Applicable in Alabama:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution, fines, or confinement in prison, or any combination thereof.

**Applicable in Alaska:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

**Applicable in Arizona:** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Applicable in Arkansas:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Applicable in California:** For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Applicable in Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Applicable in Delaware:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**Applicable in the District of Columbia:** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Applicable in Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Applicable in Idaho:** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement containing any false, incomplete or misleading information is guilty of a felony.

**Applicable in Indiana:** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Applicable in Kansas:** Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

**Applicable in Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Applicable in Louisiana:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Applicable in Maine:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**Applicable in Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Applicable in Michigan:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Applicable in Minnesota:** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**Applicable in Nevada:** Pursuant to NRS 686A.291, any person who knowingly and willfully files a statement of claim that contains any false, incomplete or misleading information concerning a material fact is guilty of a category D felony.

AGENCY CUSTOMER ID: _____

**Applicable in New Hampshire:** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud as provided in RSA 638.20.

**Applicable in New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Applicable in New Mexico:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**Applicable in New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Applicable in Ohio:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Applicable in Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Applicable in Oregon:** Any person who knowingly and with intent to defraud or solicit another to defraud the insurer by submitting an application containing a false statement as to any material fact may be violating state law.

**Applicable in Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Applicable in Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Applicable in Rhode Island:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Applicable in Tennessee:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Applicable in Texas:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Applicable in Virginia:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Applicable in Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Applicable in West Virginia:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

contract (second cause of action), negligence (seventh cause of action), breach of warranty (sixteenth cause of action) and breach of the implied warranty of good workmanship (eighteenth cause of action).

**Pertinent Correspondence**

19. On or around December 15, 2022, Atlantic Casualty received first notice of the "occurrence", claim and suit. Annexed hereto as Exhibit No. 3 is a true and correct copy of the email dated December 15, 2022 enclosing the ACORD Liability Notice of Occurrence/Claim to Atlantic Casualty.

20. On April 6, 2023, Atlantic Casualty issued a partial disclaimer letter ("Partial Disclaimer Letter") but agreed to defend Bayport in the Underlying Action. Annexed hereto as Exhibit No. 4 is a true and accurate copy of Atlantic Casualty's April 6, 2023 letter.

21. On November ___ 2024, Atlantic Casualty sent a supplemental partial disclaimer letter ("Supplemental Partial Disclaimer") to Bayport. Annexed hereto as Exhibit No. 5 is a true and accurate copy of Atlantic Casualty's supplemental disclaimer of coverage letter.

22. An actual controversy exists between the parties as to their rights and obligations under the Atlantic Casualty Policy.

23. Circumstances exist that justify a determination by this Court, pursuant to 28 U.S.C. 2201, of the rights and obligations of the parties under the Atlantic Casualty Policy, and that determination will be beneficial to both Atlantic Casualty and the defendants.

24. Atlantic Casualty has no adequate remedy at law.

9