MARSHALL, CONWAY & BRADLEY P.C.
Secretary of State, 306BCL

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIRMATION OF SERVICE


*2528994*

Index no : **1:25-CV-01163-RA**
Date of Purchase: **02/11/2025**
Office No: 98-11772

| Plaintiff: | ATLANTIC CASUALTY INSURANCE COMPANY |
|---|---|
| Defendant: | BAYPORT CONSTRUCTION CORPORATION ETAL |

STATE OF NEW YORK COUNTY OF RENSSELAER    ss.:

**STEVEN AVERY**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **02/24/2025** at 9:00 AM at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the within **SUMMONS, DECLARATORY JUDGMENT COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET AND ORDER; NOTICE OF INTIAL CONFERENCE** upon **LAM PEARL STREET HOTEL LLC** the **Defendant** in this action in the manner indicated below:

By delivering to and leaving with SUE ZOUKY, **CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 303 LLC.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Divison of the State of New York.

Deponent further describes the person actually served as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | WHITE | Gray | 65 | 5' | 120 |
| Other Features: | | | | | |

I affirm this 27th day of February, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
STEVEN AVERY
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy

