MARSHALL, CONWAY & BRADLEY P.C.
Corporate Service

**UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK**

**AFFIRMATION OF SERVICE**


*2528992*

Index no : 1:25-CV-01163-RA
Date of Purchase: 02/11/2025
Office No: 98-11772

| Plaintiff: | ATLANTIC CASUALTY INSURANCE COMPANY |
|---|---|
| Defendant: | BAYPORT CONSTRUCTION CORPORATION ETAL |

STATE OF NEW YORK COUNTY OF NEW YORK      ss.:

**KYLE FRIEDLAND**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On 02/28/2025 at 10:21 AM, I served the within **SUMMONS, DECLARATORY JUDGMENT COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET AND ORDER; NOTICE OF INTIAL CONFERENCE** on **LAM GROUP LLC** a domestic corporation (one of) the **Defendant** at **202 CENTRE STREET, 6TH FL, New York, NY 10013** in the manner indicated below:

By delivering to and leaving personally with **Wenni You , MANAGING AGENT** a true copy of each thereof.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | ASIAN | BLACK | 30-35 | 5'2" | 110 |
| Other Features: | | | | | |

I affirm this 3rd day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
KYLE FRIEDLAND
License#: 2122407
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy

