MARSHALL, CONWAY & BRADLEY P.C.
Corporate Services

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIRMATION OF SERVICE



Index no : 1:25-CV-01163-RA
Date of Purchase: 02/11/2025
Office No: 98-11772

| Plaintiff: | ATLANTIC CASUALTY INSURANCE COMPANY |
|---|---|
| Defendant: | BAYPORT CONSTRUCTION CORPORATION ETAL |

STATE OF NEW YORK COUNTY OF SUFFOLK    ss.:

MURRAY BROWNE, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On 03/05/2025 at 1:40 PM, I served the within SUMMONS, DECLARATORY JUDGMENT COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET AND ORDER; NOTICE OF INTIAL CONFERENCE on BAYPORT CONSTRUCTION CORPORATION a domestic corporation (one of) the Defendant at 206 RAILROAD STREET, PVT HOUSE, BAYPORT, NY 11705 in the manner indicated below:

By delivering to and leaving personally with MS BAJWA , MANAGING AGENT a true copy of each thereof.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | MIDDLE EASTERN | BLACK | 48 | 5'4" | 145 |
| Other Features: | | | | | |

I affirm this 5th day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
MURRAY BROWNE
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy

