**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY<br><br>          Plaintiff,<br><br>     v.<br><br>BAYPORT CONSTRUCTION CORPORATION, LAM GROUP and LAM PEARL STREET HOTEL, LLC,<br><br>          Defendants. | Case No.: 1:25-cv-01163-RA |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants LAM Group and LAM Pearl Street Hotel LLC, in the above-captioned matter.

**FLASTER GREENBERG PC**

*/s/ Jay M. Levin*
Jay M. Levin (NY ID: 2427169)
One Tower Bridge
100 Front Street, Suite 100
Conshohocken, PA 19428
(215) 576-1730
Jay.Levin@flastergreenberg.com

Dated:  March 21, 2025

11630861 v1

## CERTIFICATE OF SERVICE

I, Jay M. Levin, counsel for Defendants LAM Group and LAM Pearl Street Hotel LLC, certify that a copy of the Notice of Appearance on behalf of Defendant filed on March 21, 2025, was sent to all counsel of record via the Court's ECF system.

*/s/ Jay M. Levin*
Jay M. Levin

11630861 v1