# MARSHALL CONWAY BRADLEY & GOLLUB

A PROFESSIONAL CORPORATION
45 BROADWAY – SUITE 740
NEW YORK, NEW YORK 10006
TELEPHONE: (212) 619-4444
TELECOPIER:(212) 962-2647

email: mcw@mcwpc.com

JEFFREY A. MARSHALL **
ROBERT J. CONWAY **
CHRISTOPHER T. BRADLEY
MICHAEL S. GOLLUB^
DEBBIE-ANN MORLEY
RACHEL NUDEL*

STEPHEN P. BONA
LIZA A. CHAFIIAN
NICOLE A. DYER
MARIA T. EHRLICH
MELISSA L. FREEDMAN
MARIEL MERCADO-GUEVARA*

JOSEPH MOLLOY
STACEY H. SNYDER*
ALEXANDER M. TAIT
ANDREW S. TAYLOR
STEVEN M. ZIOLKOWSKI *

**NEW JERSEY OFFICE**
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ. 07311
Telephone: (201) 521-3170
Telecopier: (201) 521-3180

OF COUNSEL
ANTHONY D. GRANDE*
DYLAN J. MURPHY
MUFADDAL MITHAIWALA*
GREGORY McGUIRE

^ADMITTED IN CT
*ADMITTED IN NY & NJ
** RETIRED

May 29, 2025

**Via ECF**
The Honorable Ronnie Abrams, USDJ
United States District for the
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

  Re: *Atlantic Casualty Insurance Company v. Bayport Construction Corporation, et al.*
     Case No. 25-CV-1163(RA)

Dear Judge Abrams:

  We represent plaintiff Atlantic Casualty Insurance Company ("Atlantic Casualty") in connection with the above captioned action. This letter is in response to the Court's May 28, 2025 Order (*See* ECF Document No. 26) in which the Court ordered the parties to file their joint letter and case management materials no later than 5 pm on May 29, 2025 and scheduled the initial teleconference for May 30, 2025 at 1 p.m.

  We respectfully submit that on May 2, 2025, the Court So ordered Atlantic Casualty's May 1, 2025 letter which, in pertinent part, extended the time for: (i) the parties to file their joint letter, case management plan and the scheduling order no later than June 13, 2025; and (ii) the initial teleconference at a time that is convenient for the Court. *See* ECF Docket No. 23.

MARSHALL CONWAY BRADLEY & GOLLUB P.C.
Page 2

    Atlantic Casualty relied on the Court's So-ordered May 1, 2025 letter to believe that the parties had until June 13, 2025 to file their joint letter and case management plan and scheduling order.

    As such, Atlantic Casualty respectfully requests permission to comply with the date June 13, 2025 set in its May 1, 2025 letter which the Court So-ordered. *See* ECF Docket No. 23.

    Thank you for your attention to this matter.

Respectfully Submitted,

Maria T. Ehrlich

Application granted. The initial teleconference is adjourned to July 11, 2025 at 2:15 p.m. The parties shall file their joint letter and case management materials no later than July 3, 2025.

SO ORDERED.

Hon. Ronnie Abrams
May 29, 2025