UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLANTIC CASUALTY INSURANCE COMPANY,

                Plaintiff,

           v.

BAYPORT CONSTRUCTION CORPORATION, LAM GROUP and LAM PEARL STREET HOTEL LLC,

                Defendants.

No. 25-cv-1163 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 28, 2025, Defendant Bayport Construction Corporation moved to dismiss Plaintiff's original complaint. Dkt. No. 21. Plaintiff then filed an amended complaint on August 4, 2025, which mooted Bayport's motion to dismiss under this Court's Individual Civil Rule 4(C).[1] If Bayport wishes to move to dismiss the amended complaint, it shall "renew and refile its motion to dismiss based on the amended pleading." Individual Civil Rule 4(C). Otherwise, it shall promptly file an answer. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 21.

SO ORDERED.

Dated:    August 26, 2025
             New York, New York

                                    Ronnie Abrams
                                    United States District Judge

---

[1] The remaining Defendants—LAM Group and LAM Pearl Streat Hotel LLC—both filed an answer to the amended complaint on August 25, 2025. Dkt. No. 37.