GUTMAN WEISS, P.C.
By: Marc Illish, Esq. (MI-6369)
2276 Sixty-Fifth Street
Brooklyn, N.Y. 11204
(718) 259-2100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

                               :   Case No. 1:25-cv-01163-RA

ATLANTIC CASUALTY INSURANCE COMPANY,   :

                               :   **NOTICE OF MOTION**

                Plaintiff,          :

                               :

       -against-            :

                               :

BAYPORT CONSTRUCTION CORPORATION, LAM   :
GROUP and LAM PEARL STREET HOTEL LLC,

               Defendants.      :

------------------------------------------------------------------- X

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss and the Declaration of Marc Illish with Exhibits, Defendant Bayport Construction Corp. ("Bayport"), by and through its undersigned counsel, will move this Court for an order dismissing the Amended Complaint filed by Plaintiff Atlantic Casualty Insurance Company with prejudice on the grounds that Plaintiff's claims are barred by the equitable doctrines of laches and estoppel, and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that this motion is renewed pursuant to the Court's August 26, 2025 Order, which denied Bayport's earlier motion as moot solely because Plaintiff

filed an amended complaint, and which expressly authorized Bayport to refile its motion to dismiss based on the amended pleading.

Dated: Brooklyn, New York
      September 2, 2025

                          GUTMAN WEISS, P.C.

                          */s/Marc Illish*
                          By: Marc Illish, Esq. (MI-6369)
                          2276 Sixty-Fifth Street
                          Brooklyn, N.Y. 11204
                          (718) 259-2100