## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

| | |
|---|---|
| LAM Group et al | Index No. ___650465/2022___ |
| - vs - | Appearance No. ___005___ |
| Anthony T. Rinaldi LLC d/b/a The Rinaldi Group et al | IAS Part ___43___ |

### STATUS CONFERENCE
### ORDER

On ___July 15___, 20 _25_ a conference was held in this case. The parties appeared as follows:

Plaintiff(s) ___LAM___ by ___John G. Koch, Jay M. Levi___

by _____

by _____

Defendant(s) ___Rinaldi___ by ___Daniel Dietchweiler___

___Gene Kaufman___ by ___Elaine Gangel___

___Frank Seta & Associates___ by ___Kevin Spagnoli___

Bayport          James Pannone

Nobutaka          Eric Cheng

The Court has considered the status of this case [~~and determined that the Court's order of _____,~~ ~~20____ has not been complied with in that~~] and the parties request for extension of the discovery schedule to allow third party defendant Alfre and Sons the opportunity to answer the third party complaint and participate in discovery.

Accordingly, it is ORDERED that ___All depositions will be scheduled by September 9, 2025___

All party depositions shall be completed by December 15, 2025

Plaintiff's expert report shall be produced by January 29, 2026

Defendants' expert reports shall be produced by March 5, 2026

Expert discovery shall be completed by April 9, 2026

End date for all disclosure shall be April 16, 202 _____

Page 1 of 2

STATUS CONFERENCE ORDER

Index No. ___650465/2022___  Case ___LAM Group et al vs. Anthony T. Rinaldi LLC d/b/a The Rinaldi Group et al___

**Absent good cause shown, any discovery issues not raised herein will be deemed waived. All dispositive motions must be filed within __60__ days of the note of issue.**

**Failure to comply with these directives may result in the imposition of costs or sanctions including dismissal or default judgment. Dates set forth may not be extended or adjourned except with advance approval of the Court.**

SC: ___September 19th, 2025 at 10:30am___

NOI: ___April 23, 2026___

SO ORDERED:

Dated: _7/15/25_

_____, J.S.C.
HON. ROBERT R. REED

Page 2 of 2