

1717 Arch Street
Suite 3300
Philadelphia, PA  19103
(215) 279-9393
Fax: (215) 279-9394
www.flastergreenberg.com

**JOHN G. KOCH, ESQUIRE**
Member of the NJ, NY & PA Bar
Direct Dial  (215) 279-9916
E-Mail:  john.koch@flastergreenberg.com

July 29, 2025

**Via ECF & E-Mail: SFC-part43@nycourts.gov**
Justice Robert R. Reed
Supreme Court of the State of New York
Commercial Division
60 Centre Street, Courtroom 222
New York, NY 10007

> **RE:**   *LAM Group and LAM Pearl Street Hotel LLC*
> *v. Anthony T. Rinaldi LLC, et al.*
> *Supreme Court of NY, County of New York, Index No. 650465/2022*

Dear Justice Reed:

This firm represents Plaintiffs, LAM Pearl Street Hotel, LLC and LAM Group.  Pursuant to the Court's Commercial Mediation Rule 2.1., we request that the Court enter the attached proposed Order of Reference to ADR - Commercial Mediation.

Following the recent Compliance Conference on July 15, 2025, the parties discussed mediation. On that call, the parties consented to mediate in good faith if the Court referred this case to ADR. Counsel for Bayport Construction stated it would participate in the mediation, with the caveat that it is currently in coverage litigation with its insurance carrier.  The parties agreed to mediate at this time, while discovery is ongoing, instead of at the close of discovery, currently schedule for April 16, 2026.

Thank you for your consideration.

Respectfully Submitted,

**FLASTER/GREENBERG P.C.**

John G. Koch

JGK:klc
cc: All Counsel of Record

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

PRESENT:  Hon. __Robert R. Reed_____          Part __43___
                                    Justice/Referee

Index No. __650465/2022__

----------------------------------------------------------------x

LAM GROUP and LAM PEARL STREET
HOTEL LLC,

_____
                                                Plaintiff,

- against -

Anthony T. Rinaldi LLC d/b/a The Rinaldi Group, Bayport Construction
Corp., Nobutaka Ashihara Architect P.C., Gene Kaufman Architect P.C.,
and Frank Seta & Associates LLC,

_____
                                                Defendant.

----------------------------------------------------------------x

**ORDER OF REFERENCE TO ADR
COMMERCIAL MEDIATION**

Due deliberation having been had, it is hereby ORDERED:

(1) This case is referred to the New York County Supreme Court Civil Commercial Mediation Program. An alternative dispute resolution ("ADR") proceeding shall be conducted in this case in accordance with the Program Rules.

(2) All counsel shall, within one business day of the filing of this order, jointly submit a fully executed ADR Initiation Form by email to ADR-1JD@nycourts.gov

(3) Counsel shall comply in full with all of the Program Rules. Failure to do so may result in the imposition of sanctions or other appropriate action by the court.

(4) Proceedings in this action, including discovery and motion practice, shall not be stayed during the ADR process.

In the event the ADR proceeding fails to resolve this case, the parties shall appear for a conference with the court

on_____at_____AM/PM.

Additional Directives:

_____
|                                                              |
|                                                              |
|                                                              |
|                                                              |
_____

Dated:    _____                    _____
                                                     J.S.C./Referee

☒ Check here if mediator with special experience or skills requested. Describe requested experience or skills:

_____
| Experience with construction litigation, including claims involving alleged faulty work and professional |
| negligence (architects and engineers).                       |
|                                                              |
_____