## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

PRESENT: Hon. __Robert R. Reed_____ Part __43___

Justice/Referee

------------------------------------------------------------x

Index No. __650465/2022__

LAM GROUP and LAM PEARL STREET
HOTEL LLC,

_____

Plaintiff,

- against -

Anthony T. Rinaldi LLC d/b/a The Rinaldi Group, Bayport Construction
Corp., Nobutaka Ashihara Architect P.C., Gene Kaufman Architect P.C.,
and Frank Seta & Associates LLC,

_____

Defendant.

-------------------------------------------------------------x

**ORDER OF REFERENCE TO ADR
COMMERCIAL MEDIATION**

Due deliberation having been had, it is hereby ORDERED:

(1) This case is referred to the New York County Supreme Court Civil Commercial Mediation Program. An alternative dispute resolution ("ADR") proceeding shall be conducted in this case in accordance with the Program Rules.

(2) All counsel shall, within one business day of the filing of this order, jointly submit a fully executed ADR Initiation Form by email to ADR-1JD@nycourts.gov

(3) Counsel shall comply in full with all of the Program Rules. Failure to do so may result in the imposition of sanctions or other appropriate action by the court.

(4) Proceedings in this action, including discovery and motion practice, shall not be stayed during the ADR process.

In the event the ADR proceeding fails to resolve this case, the parties shall appear for a conference with the court on __Sept. 18, 2025__ at __10:30__ AM/PM.

Additional Directives:

Dated: __7/29/25__

_____
J.S.C./Referee

**HON. ROBERT R. REED**
**J.S.C.**

XX Check here if mediator with special experience or skills requested. Describe requested experience or skills.

Experience with construction litigation, including claims involving alleged faulty work and professional negligence (architects and engineers).