Gmail

MARC ILLISH <mi@gwpclaw.com>

## Re: LAM GROUP v Bayport.

1 message

**James Pannone** <jpannone@mdafny.com>                          Tue, Aug 26, 2025 at 1:20 PM
To: MARC ILLISH <mi@gwpclaw.com>
Cc: Yekaterina Sapson <ysapson@mdafny.com>, Joanna Szarkowska <admin@bayportcorp.com>, Hassan Bajwa
<hassan@bayportcorp.com>

Marc,

I just left you a voicemail. Give me a call and/ or email. Let me know when is a good time to speak.
Thanks, James Pannone

Get Outlook for iOS

**From:** MARC ILLISH <mi@gwpclaw.com>
**Sent:** Tuesday, August 26, 2025 1:00:56 PM
**To:** James Pannone <jpannone@mdafny.com>
**Cc:** Yekaterina Sapson <ysapson@mdafny.com>; Joanna Szarkowska <admin@bayportcorp.com>; Hassan Bajwa
<hassan@bayportcorp.com>
**Subject:** Re: LAM GROUP v Bayport.

I understand that the mediator was court-appointed; however, you still have the option to request a different mediator if
you believe another would be better suited to the specific issues in this case, and there is ample time to make such a
request.

That said, I still ask that an expert report be available in advance of the mediation notwithstanding the deadline. While
mediation can help the parties avoid extensive discovery at this stage, the core issues in this matter are likely to hinge on
expert opinion. Without that analysis, the mediation is unlikely to result in a meaningful or realistic settlement discussion,
which benefits no one.

Please let me know if an expert report can be anticipated before the mediation.

Thanks.

All rights reserved.

Marc Illish, Esq.

**Gutman Weiss, P.C.**

2276 65th St.

Brooklyn, NY 11204

(718) 259-2100  ext. 21

On Tue, Aug 26, 2025 at 8:40 AM James Pannone <jpannone@mdafny.com> wrote:
The mediator was court appointed, and it appears all of the parties and respective insurance
carriers are proceeding.

No expert reports will be exchanged prior to the mediation as the deadline is several months away.

The mediation was suggested in contemplation to avoid extensive discovery.

I'm away traveling with limited access to my email. I am  returning to New York on Friday.

Get Outlook for iOS

**From:** MARC ILLISH <mi@gwpclaw.com>
**Sent:** Monday, August 25, 2025 3:55 PM
**To:** James Pannone <jpannone@mdafny.com>; Yekaterina Sapson <ysapson@mdafny.com>
**Cc:** Joanna Szarkowska <admin@bayportcorp.com>; Hassan Bajwa <hassan@bayportcorp.com>
**Subject:** Re: LAM GROUP v Bayport.

We have not heard from you.
Please advise.


Marc Illish, Esq.

**Gutman Weiss, P.C.**

2276 65th St.

Brooklyn, NY 11204

(718) 259-2100  ext. 21


On Tue, Aug 19, 2025 at 2:54 PM MARC ILLISH <mi@gwpclaw.com> wrote:
Hi James,

Thank you for copying me on this email regarding the upcoming mediation.

First, I should note that I am already engaged in another matter on October 23, but I am available on October 22 should that date work for the parties.

Second, upon reviewing Mr. Starr's website and professional background, I have concerns that he may not be the right fit for this case. Given the nature of the dispute, I respectfully request that the parties consider appointing a mediator with specific experience in the construction industry and in handling related litigation. Please let me know if that would be possible, as it could meaningfully improve the chances of resolution without further unnecessary expense or exposure.

Finally, I understand that you are currently working with an expert in connection with this matter. Do you anticipate that the expert's report will be available in advance of the mediation? I ask because the usefulness and efficiency of mediation may depend, in part, on the parties having the benefit of expert input at that stage.

For the avoidance of doubt, this discussion is without prejudice to the rights and positions of the parties in the separate coverage litigation currently pending between your carrier and the insureds.

Please let me know.

Thanks.

Marc Illish, Esq.