# MARSHALL CONWAY BRADLEY & GOLLUB

### A PROFESSIONAL CORPORATION
### 45 BROADWAY – SUITE 740
### NEW YORK, NEW YORK 10006
TELEPHONE: (212) 619-4444
TELECOPIER:(212) 962-2647

email: mcw@mcwpc.com

JEFFREY A. MARSHALL **
ROBERT J. CONWAY **
CHRISTOPHER T. BRADLEY
MICHAEL S. GOLLUB⁺
DEBBIE-ANN MORLEY

STEPHEN P. BONA
LIZA A. CHAFIIAN
NICOLE A. DYER
MARIA T. EHRLICH
MELISSA L. FREEDMAN

MARIEL MERCADO-GUEVARA*
STACEY H. SNYDER*
ANDREW S. TAYLOR
JOSHUA N. ZANZE

**NEW JERSEY OFFICE**
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ. 07311
Telephone: (201) 521-3170

OF COUNSEL
ANTHONY D. GRANDE*
DYLAN J. MURPHY
STEVEN M. ZIOLKOWSKI *

⁺ADMITTED IN CT
*ADMITTED IN NY & NJ
** RETIRED

May 22, 2026

**VIA ECF**
Hon. Gary Stein, Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

> Re:   *Atlantic Casualty Ins. Co. v. Bayport Construction et. al.*
>        S.D.N.Y.; Civil Action No.: 25-cv-1163(RA)
>        Our File No.:  098-11772

Dear Magistrate Judge Stein:

We represent plaintiff Atlantic Casualty Insurance Company ("Atlantic Casualty") in connection with the above captioned action. Pursuant to your order dated May 11, 2026, we advise that Atlantic Casualty's private investigator/process server ("Investigator") was unable to serve the Custodian of Records of Alfre & Sons Construction Inc. ("Alfre") at 1081 Merillon Avenue, Westbury, NY 11590 with a copy of: (i) the subpoena that was originally returnable on March 12, 2026; and (ii) Atlantic Casualty's Motion to Compel against Alfre.

On May 14, 2026, May 18, 2026 and May 21, 2026, our Investigator unsuccessfully tried to serve Alfre and/or Alfredo Vasquez-Flores ("Flores"), the principal of Alfre, at the Merillon address. Our Investigator spoke to a woman at the Merillon address who neither knew about Alfre nor Flores. She advised that her family moved to the Merillon address about a year ago. Our Investigator again checked with the Registry of Motor Vehicles and confirmed that the only vehicle listed to Flores was registered in April, 2025 to the address at 1081 Merillon Avenue in Westbury, New York. Flores who most likely moved does not have to renew or change his car registration until January of 2027.

We also advise that on May 18, 2026 Atlantic Casualty properly served Alfre via the Office

The Honorable Gary Stein
Page 2

of the Secretary of State of New York with a Subpoena Duces Tecum that is returnable on May 29, 2026. Annexed hereto as Exhibit "1" is a copy of the Affirmation of Service of Atlantic Casualty's process server dated May 18, 2026. We may refile our motion to compel against Alfre after May 29, 2026.

We have served subpoenas on other entities with a return date of May 29, 2026 and hope that we can obtain the documents we seek from Alfre from these other entities.

Thank you for your attention to this matter.

Respectfully submitted,

Maria T. Ehrlich

**Via Pacer**

cc:
Via Email
Zvi Toledano, Esq.
Kt@gwpclaw.com


Via Email
Dov Medinets, Esq.
dm@gwpclaw.com

# EXHIBIT 1

MARSHALL, CONWAY & BRADLEY P.C.
Secretary of State, 306BCL

## UNITED STATES SOUTHERN DISTRICT COURT
## OF NEW YORK

### AFFIRMATION OF SERVICE



*2545233*

Index no : 1:25-CV-011
Office No: 98
Court Date: 05/2

| Plaintiff: | ATLANTIC CASUALTY INSURANCE COMPANY |
|---|---|
| Defendant: | BAYPORT CONSTRUCTION CORPORATION ETAL |

STATE OF NEW YORK COUNTY OF RENSSELAER        ss.:

**STEVEN AVERY**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a pa this action. I reside in the state of New York.

On **05/18/2026** at **9:00 AM** at the office of the Secretary of State of the State of New York in the City of Albany, York, I served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OI PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** upon **ALFRE & SONS CONSTRUCTION - CUSTODIAN OF RECORDS** the Witness in this action in the manner indicated below:

By delivering to and leaving with **DAN NOONAN, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent pa said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in Corporate Divison of the State of New York.

Deponent further describes the person actually served as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | WHITE | BROWN | 50 | 5'8" | 160 |
| Other Features: | | | | | |

I affirm this 18th day of May, 2026, under the penalties of perjury under the laws of New York, which may inclu fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to th matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a cou law.

X_____
STEVEN AVERY
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy