UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC CASUALTY INSURANCE COMPANY,

Plaintiff,

v.

BAYPORT CONSTRUCTION CORPORATION, LAM GROUP, and LAM PEARL STREET HOTEL LLC,

Defendants.

25-CV-1163 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 1, 2026, Magistrate Judge Stein granted Plaintiff Atlantic Casualty's request to extend certain discovery deadlines in this case and adjourned the post-discovery conference previously scheduled for November 5, 2026 *sine die*. Dkt. 67. Given that all discovery will now be completed by December 29, 2026, the parties shall appear for a post-discovery conference on January 8, 2027 at 3:00 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Ronnie Abrams
United States District Judge