**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ATLANTIC CASUALTY INSURANCE COMPANY,

Plaintiff,

-against-

BAYPORT CONSTRUCTION CORPORATION, *et al.*,

Defendants.

--------------------------------------------------------------X

**25 Civ. No. 1163 (RA) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Tuesday, October 13, 2026 at 11:00 a.m.** with respect to the disputes raised in defendant's letter (see Dkt. No. 74). Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. **[Meeting ID: 236 719 736 377 208] [Passcode: mA7uc7qo].**

**SO ORDERED.**

DATED: New York, New York
September 17, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge