**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
ATLANTIC CASUALTY INSURANCE COMPANY,

Plaintiff,

-against-

BAYPORT CONSTRUCTION CORPORATION, et al.,

Defendants.
---------------------------------------------------------------------X

**25 Civ. 1163 (RA) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court held a video conference on October 13, 2026 concerning Defendant Bayport Construction Corporation's ("Bayport") September 3, 2026 letter-motion for a conference regarding various discovery disputes (Dkt. No. 74), to which Plaintiff Atlantic Casualty Insurance Company ("Atlantic") responded on September 10, 2026 (Dkt. No. 77). At the conference, the Court issued various rulings granting in part, and denying in part, Bayport's requests to compel discovery from Atlantic, as explained on the record during the conference.

As discussed during the conference, Atlantic shall submit a supplemental letter in support of its position that certain of the materials sought in Bayport's discovery requests are protected by the attorney-client privilege and/or work product protection by no later than November 6, 2026. Bayport shall submit a letter responding to Atlantic's letter by no later than November 25, 2026. Each letter shall not exceed five single-spaced pages.

In addition, following a meet and confer among counsel, Atlantic, Bayport, and Defendants LAM Group and LAM Pearl Street Hotel LLC ("LAM") shall submit a joint letter by no later than October 23, 2026, outlining whether LAM is amenable to restrictions in viewing documents responsive to Request No. 7 in Bayport's Demand for Production of Documents, Request No. 11 in Bayport's Supplemental Demand for Production of Documents, and Interrogatory No. 14 in Bayport's Second Set of Interrogatories. (*See* Dkt. No. 77 Ex. 2 at 5; Dkt. No. 77 Ex. 5 at 8; Dkt. No. 77 Ex. 4 at 10). That letter shall also set forth a proposed extension of the fact discovery deadline.

**SO ORDERED.**

DATED: October 15, 2026
New York, New York

The Honorable Gary Stein
United States Magistrate Judge